**Algie R. NEAL, Appellant,**

v.

**ENIVA CORPORATION, Appellee.**

**No. 05–3305.**

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 7, 2006.

Filed: Sept. 22, 2006.

Algie R. Neal, Chanhassen, MN, pro se.

David P. Jendrzejek, J. Vincent Stevens, Moss & Barnett, Minneapolis, MN, for Appellee.

Before SMITH, MAGILL, and BENTON, Circuit Judges.

PER CURIAM.

Algie Neal appeals the district court's[1] adverse grant of summary judgment in his Title VII suit claiming race discrimination against his former employer, Eniva Corporation. Having carefully reviewed the record, *see Jacob–Mua v. Veneman,* 289 F.3d 517, 520 (8th Cir.2002) (de novo standard of review), we find the district court's analysis to be correct, thorough, and well-reasoned. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Laurie Smith Camp, United States District Judge for the District of Nebraska.

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.